# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2025-0040

———————————————

DAVID LAVERN HEINDEL,

Appellant,

v.

ROSE MARIE HEINDEL,

Appellee.

———————————————

On appeal from the Circuit Court for Bay County.
Brandon J. Young, Judge.

June 26, 2026

PER CURIAM.

AFFIRMED.

KELSEY, M.K. THOMAS, and LONG, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Clark T. Rogers, Jr., and Graham Clarke of Burke Blue, Panama City, for Appellant.

John Y. Roberts, Marianna, for Appellee.